**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1352**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

PATRICK EDWIN RUDD,

                              Defendant - Appellant,

        and

DEE IZBICKI; KATHRYN CREWS AVERETT, in her
official capacity as Granville County Register
of Deeds,

                              Defendants.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief
District Judge.  (CA-01-730)

———————

Submitted:  August 15, 2002          Decided:  August 19, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Patrick Edwin Rudd, Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrick Edwin Rudd appeals the district court's judgment granting in part the Government's motion for summary judgment. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we grant Rudd's motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. See United States v. Rudd, CA-01-730 (E.D.N.C. Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED